# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Gregory Sanderlin
and Laura Denise Bradshaw

        Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          3:11cv213

Hutchens, Senter, Britton, PA, et al

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2011 Order.

Signed: May 3, 2011

Frank G. Johns, Clerk
United States District Court